# - Fax Transmission

**To:** 17137558131

**From:** David Haymes

**Fax:** 17137558131

**Date:** 3/18/2015

**RE:** Missing page from records No 31 406 Cause No 01-96-1241-CR

**Pages:** 2

**Comments:**

Dear Mr. Prine:

I received this trial transcript from you missing page 627. Can you retrieve it and email or fax it to me?

Thank you

David Haymes MD

dahaymes@gmail.com

972-408-3466 fax

214-683-6613 cell

---

This email has been checked for viruses by Avast antivirus software.
http://www.avast.com

FIRST SUPREME JUDICIAL DISTRICT COURT

OF APPEALS

HOUSTON, TEXAS

CRAIG EDWARD MITCHELL        []

VS                          []   CAUSE NO. 01-96-1241-CR

THE STATE OF TEXAS          []

---

NO. 31,406

THE STATE OF TEXAS          []  IN THE DISTRICT COURT

VS                          []  BRAZORIA COUNTY, TEXAS

CRAIG EDWARD MITCHELL       []  23RD JUDICIAL DISTRICT

---

STATEMENT OF FACTS

OF

TRIAL ON MERITS

VOLUME V OF SEVEN VOLUMES

---

HONORABLE ALLEN STILLEY, Judge Presiding

August 28, 1996 Session